UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 S VIRGINIA ST STE 301
RENO NV  89501
(775) 686-5800

DEBRA K. KEMPI                                                                   Cynthia K. Jensen
DISTRICT COURT EXECUTIVE/CLERK                                                   Chief Deputy Clerk

July 12, 2021

Clerk's Office
U.S. District Court,
District of Colorado
Alfred A. Arraj United States Courthouse,
Room A105
901 19th Street
Denver, CO 80294-3589

Re:   **USA, vs. Gary Lane,** District of Colorado Case No. **21-cr-00178-DDD**
      District of Nevada Case No. 3:12-cr-00078-RCJ-VPC-1

Please find enclosed Order Transferring Jurisdiction (PROB 22 form), transferring probationer or supervised releasee to your district.

The District of Nevada has mandated electronic filing via the Case Management and Electronic Case Filing system (CM/ECF). All proceedings filed after that date may be accessed via PACER and our website at www.nvd.uscourts.gov.

Copies of the Indictment or Information (Doc. #), Judgment (Doc. #), and Docket Sheet for the above-referenced defendant may be obtained via PACER-CM/ECF. If those documents not available electronically, they are enclosed herewith.

Please acknowledge receipt of these documents on the enclosed duplicate of this letter.

Yours truly,

DEBRA K. KEMPI, CLERK

By: _____
                Deputy

Enclosures

DATE RECEIVED:  _____
RECEIVED BY:   GA
ASSIGNED CASE #:  21-cr-00178-DDD

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2020

JEFFREY P. COLWELL
CLERK

Case 1:21-cr-00178-DDD   Document 2   Filed 07/16/21   USDC Colorado   Page 2 of 3
Case 3:12-cr-00078-RCJ-VPC   Document 54   Filed 07/12/21   Page 1 of 1
Case 1:21-cr-00178-DDD   Document 2-1   Filed 06/01/21   USDC Colorado   Page 1 of 1
Case 3:12-cr-00078-RCJ-VPC   Document 53   Filed 04/30/21   Page 2 of 2

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:12CR00078 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 21-cr-00178-DDD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Nevada | U.S. Probation Office |
| Gary Lane | NAME OF SENTENCING JUDGE | |
| | Robert C. Jones | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/23/2021 | TO 2/22/2026 |

OFFENSE
18 U.S.C. § 1341 Mail Fraud
26 U.S.C. § 7201 Attempt to Evade or Defeat Tax

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF     Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Colorado   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date   April 30, 2021.                           *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF     Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/01/2021

*Effective Date*                                 *United States District Judge*

U.S. POSTAGE PITNEY BOWES

ZIP 89501 $ 001.20
02 4W
0000350015 JUL 12 2021

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST., ROOM 301
RENO, NEVADA 89501

OFFICIAL BUSINESS

Clerk's Office
U.S. District Court,
District of Colorado
901 19th Street, Room A105
Denver, CO 80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2021

JEFFREY P. COLWELL
CLERK