Gary Lane
1260 Sherman Street #107
Denver, CO 80203
(720) 436-9086
garylane878@yahoo.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2022

JEFFREY P. COLWELL
CLERK

May 13, 2022

Honorable Judge Daniel D Domenico
US District Court
901 19th Street
Denver, CO 80294

Dear Honorable Judge Domenico,

I am writing today requesting legal assistance through the Federal Public Defender's Office to receive an early termination of my supervised release. After completing a 120 month sentence for mail fraud and attempting to evade or defeat tax, I am optimistic the Court will consider this request.

While serving my sentence at Sheridan FPC in Oregon, I successfully completed the Residential Drug Abuse Program (RDAP) to assist in addressing the root causes of my criminal offenses. Officers that operated the program considered me to be an exemplary participant and I can confidently state the program provided me with an opportunity to evolve as an individual.

After completing my sentence, I moved to Denver in February of 2021 to reside closer to my three adult children. While the dream of reuniting with my family was achieved, the weight, although light, of completing monthly financial reports to provide my probation officer is an additional stress I am hoping to relieve.

As a 69-year-old man with accumulating medical conditions including a recent triple bypass heart surgery, and as someone who continues to successfully adhere to the terms of my probation under the supervision of Officer Ruplinger, I trust the Court will consider my request and appoint a public defender to assist me in initiating a motion for early termination and to act as my representative in court.

Sincerely,

*Gary Lane*
Gary Lane
Case ID: 1:21-cr-00178-DDD-1

GARY LANE
1260 SHERMAN ST. #107
DENVER, CO. 80203

HONORABLE JUDGE DANIEL D. DOMENICO
US DISTRICT COURT
901 19TH STREET
DENVER, CO. 80294