9/22/2022

NOTICE OF ADDRESS CHANGE:

RE: 1:21-cr-00178-DDD-1

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

SEP 26 2022

JEFFREY P. COLWELL
CLERK

MY ADDRESS HAS RECENTLY CHANGED TO:

GARY LANE
5307 E. YALE AVE.
UNIT 203
DENVER, CO 80222

THANKS, GARY

/s/ Gary Lane

GARY LANE
5307 E. YALE AVE. UNIT 203
DENVER, CO. 80222

U.S. DISTRICT COURT OF COLORADO
901 19TH ST.
DENVER, CO. 80294
ATTN: CLERKS OFFICE

80294-250151