**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00178-DDD

United States v. Gary H. Lane

---

**ORDER**

---

Magistrate Judge Scott T. Varholak

This matter is before the Court on Gary Lane's Motion to Appoint Counsel (the "Motion") [#3], which has been referred to this Court [#4].   The Motion, made in the form of a letter to the Court dated May 13, 2022, requests the appointment of a public defender to assist Defendant in making a motion to modify the terms of his supervised release. [#3 at 1].

On September 7, 2022, this Court entered a Minute Order stating:

In order for the Court to assess the merits of Defendant's Motion, Defendant is directed to supplement the Motion with a Financial Affidavit in Support of Request for Attorney, Expert, or Other Services without Payment of Fee, which is also known as a CJA Form 23 ("Financial Affidavit").   Defendant shall file a fully-completed Financial Affidavit with the Court on or before 10/7/2022.   The Court hereby directs the Clerk of Court to mail Defendant a copy of this Minute Order, along with a copy of the CJA Form 23, at the following address: 1260 Sherman Street #107, Denver, CO 80203.

[#5]   To date, the Court has not received the required filing.

Without submission of the Financial Affidavit, the Court is unable to evaluate whether Mr. Lane qualifies for court-appointed counsel.   Accordingly, the Motion is **DENIED WITHOUT PREJUDICE**. The Court advises Mr. Lane that any renewed Motion

for Appointment of Counsel must be accompanied by a completed Financial Affidavit.

The Clerk of Court is directed to mail (1) this Order; (2) Dkt. No. 5; and (3) a blank

Financial Affidavit form to Mr. Lane at both his address of record and the return address

on the Motion:

Gary H. Lane                          Gary Lane
5307 East Yale Avenue                 1260 Sherman Street #107
Unit 203                              Denver, CO 80203
Denver, CO 80222


DATED: November 3, 2022               BY THE COURT:


                                      _____
                                      United States Magistrate Judge

2