U.S. DISTRICT COURT - DISTRICT OF COLORADO

Case Name: USA v. Lane
Case Number: 1:21-cr-00178-DDD

Honorable Judge Scott T. Varholak

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2023

JEFFREY P. COLWELL
CLERK

PETITIONER'S MOTION FOR EARLY TERMINATION OF PROBATION

Your Honor, I ask that the court have leniency regarding this motion as this is my first attempt at writing one. I know that the courts are backed up and I don't want to be a further burden by asking for a public defender. Thank you, Gary Lane

FACTS: I was sentenced to 120 months for mail fraud and completed my sentence on February 23, 2021. I was given 5 years of probation. I received a 1-year reduction in my sentence for successfully participating in the Residential Drug Abuse Program (RDAP) while at FPC Sheridan, Oregon. I completed my 6 months of RDAP aftercare while at the Las Vegas Community Correction Center from 09/01/2020-02/23/2021.

I have been under the supervision of Officer Troy Ruplinger of the U.S. Probation Office District of Colorado since February 23, 2021.

I am 69 years old and will celebrate my 70th birthday on March 2, 2023.

I am diabetic (diagnosed Type II in 1992) and am now realizing the long term impact of the disease. I was diagnosed with stage 3 chronic kidney disease in September 2019. On March 31, 2022 I underwent a triple bypass surgery at St. Joseph's Hospital in Denver.

---

Your Honor, I qualified for the RDAP program as a result of an increase in alcohol consumption leading to my incarceration. The head of the RDAP program, Dr. Dougherty, called it "situational drinking". I also gambled excessively through option trading and casino activity trying to unravel the financial nightmare I had created in the 10+ years prior to my inevitable discovery.

I was never much of a drinker prior to the events leading to my arrest. My terms of probation allow alcohol consumption in moderation, and yet, today I am not a daily drinker. I followed the guidelines set forth by my probation officer in completing my

gamblers anonymous treatment program. Neither of these two vices will ever be a problem again because the reason they existed to begin with are gone.

I have not had - nor will I ever have - a problem paying my restitution. I pleaded guilty during my initial hearing in 2013 because I was guilty. I live off of my social security benefits and write my check to the clerk of the court each month. I am paying back the money that I wrongfully took and will continue to do so for the rest of my days.

I moved to Denver because my three adult children all reside in the area. Two are in Golden and one lives in Centennial with his wife. They are my support system. I am close with each of them and am grateful for their love and assistance through these last 10+ years.

During my time in the prison camp, I became a yoga instructor. I continue to practice although not to the extent I was at until my release. Injuries and my bypass surgery have slowed me down a bit, but I still stretch and walk 2-3 miles every day. It's my source of transportation as I no longer drive.

Your Honor, I am asking for early termination so I can have the freedom to take some trips and go places while I'm still able. I have family (2 sisters) that live in California. I haven't seen my older sister in seven years.

I have a strong relationship with my probation officer, Troy Ruplinger. I have followed my terms of probation easily and without issue.

Thank you for your consideration.

Gary Lane

*/s/ Gary Lane*

1/15/2023

GARY LANE
5307 E. YALE AVE #203
DENVER, CO 80222

U.S. DISTRICT COURT OF COLORADO
901 19TH ST.
DENVER, CO 80294
ATTN: MAGISTRATE JUDGE SCOTT T. VARHOLAK

80294-250151



DENVER CO
18 JAN 2023 PM