IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00178-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY H. LANE,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 24th day of January, 2023.

        COLE FINEGAN
        United States Attorney

By:    *s/ Bryan D. Fields*
    Bryan D. Fields
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 24th day of January, 2023, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Danielle Storinsky*
Legal Assistant
United States Attorney's Office