**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Criminal Action No. 1:21-cr-00178-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY H. LANE,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

---

Before me is the defendant's unopposed motion for early termination of probation (Doc. 9). For the following reasons, the motion is granted.

The defendant in this case entered a plea of guilty to and was convicted of mail fraud and attempt to evade or defeat tax in violation of 18 U.S.C. § 1341 and 26 U.S.C. § 7201, respectively. (Doc. 1-1.) On February 10, 2014 the defendant was sentenced in the District of Nevada to ten years' imprisonment to be followed by five years of supervised release. *Id.* Mr. Lane began his term of supervised release in February 21. (Doc. 13 at 2.) Jurisdiction was transferred to the District of Colorado on June 1, 2021. (Doc. 1.) The defendant requests that his term of supervised release be terminated early; the government and the defendant's probation officer do not oppose this request. (Doc. 9; Doc. 12; Doc. 13.)

In the case of a felony, I may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release previously ordered and discharge the defendant at any time after the expiration of

- 1 -

one year supervised release, if I am satisfied that such action is warranted by the conduct of the defendant and the interest of justice. 18 U.S.C. § 3583(e)(1); *see also* Fed. R. Crim. P. 32.1(c) (no hearing required if the relief sought is favorable to the defendant and the government does not object). The defendant has served more than one year of his term of probation, and having reviewed the record and considered the applicable Section 3553(a) factors, I agree with the parties that early termination of the defendant's probation is in the interest of justice and is warranted by the conduct of the defendant.

Accordingly, it is ORDERED that:

Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 9) is GRANTED; and

Defendant Gary H. Lane is DISCHARGED, and his term of supervised release is TERMINATED.

DATED: February 7, 2023         BY THE COURT:

Daniel D. Domenico
United States District Judge